CAERNARVON TOWNSHIP (BERKS COUNTY) ZONING HEARING BOARD, Appellant,

v.

COMMONWEALTH of Pennsylvania HUMAN RELATIONS COMMISSION, Appellee.

Supreme Court of Pennsylvania.

Feb. 17, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of February, 2004, the order of the Commonwealth Court is Affirmed.